UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHELDON THOMAS PHILLIPS,

    Plaintiff,

v.                                                    Case No. 5:24cv284-TKW-MJF

LT. JOHNSON, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief against Defendants in their official capacities. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED with prejudice under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a plausible claim for relief.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 12th day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**